UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

STEPHEN JOHNSON                                    CIVIL ACTION

VERSUS                                             NO. 13-2996
                                                   c/w 13-3677

STEVEN RADER                                       SECTION "N"(2)

## ORDER

The court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the consolidated petitions of Stephen Johnson for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 are **DISMISSED WITH PREJUDICE** as time-barred.

New Orleans, Louisiana, this 16th day of January, 2014.

KURT D. ENGELHARDT
UNITED STATES DISTRICT JUDGE